# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PEGGY JOHNSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:18-CV-00311-CAP |
| SYNCHRONY BANK, | ) |
| | ) |
|    Defendant. | ) |

## JOINT MOTION TO STAY MATTER PENDING ARBITRATION

Plaintiff PEGGY JOHNSON ("Plaintiff") and Defendant SYNCHRONY BANK ("Synchrony" or "Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* (the "FAA"), hereby move the Court for entry of an Order staying the above-captioned case pending the outcome of arbitration of this dispute before an agreed arbitrator. In support of this Motion, and as grounds therefore, the Parties respectfully state as follows:

1. Plaintiff initiated this lawsuit against Synchrony on January 22, 2018. [Doc. 1].

2. Pursuant to the Parties' Card Member Agreement, either party may request that any dispute be resolved through binding arbitration.

3. After consulting with their respective counsel, the Parties have agreed to submit their dispute to arbitration pursuant to the Card Member Agreement. The arbitration shall be conducted through and in accordance with the rules of the American Arbitration Association.

4. The Parties will provide an update to the Court regarding the status of the matter within 15 days of the conclusion of the arbitration.

5. The Parties therefore respectfully request that (a) the Court order that all of the claims in this lawsuit be submitted to binding, non-judicial arbitration pursuant to the Parties' Card Member Agreement, and (b) the case be stayed pending the outcome of the arbitration.

Dated this 21st day of March, 2018.

[SIGNATURES FOLLOW ON NEXT PAGE]

Respectfully submitted,

| | |
|---|---|
| /s/ Octavio "Tav" Gomez | /s/ Monica K. Gilroy |
| Octavio "Tav" Gomez | Monica K. Gilroy |
| Georgia Bar No. 0617963 | Georgia Bar No. 427520 |
| *[Signed with express permission by Monica K. Gilroy]* | Matthew F. Totten |
| | Georgia Bar No. 798589 |
| MORGAN & MORGAN – TAMPA, P. A. | THE GILROY FIRM |
| 201 N. Franklin Street, 7th Floor | 3780 Mansell Road, Suite 140 |
| Tampa, Florida 33602 | Alpharetta, Georgia 30022 |
| Tel: (813) 223-5505 | Tel: (678) 280-1922 |
| tgomez@forthepeople.com | Fax: (678) 280-1923 |
| | monica.gilroy@gilroyfirm.com |
| | matthew.totten@gilroyfirm.com |
| **Counsel for Plaintiff** | **Counsel for Defendant** |
| **Peggy Johnson** | **Synchrony Bank** |

## CERTIFICATION

The undersigned counsel for Defendant Synchrony Bank certifies that the within and foregoing Joint Motion to Stay Matter Pending Arbitration was prepared in 14-point Times New Roman font and complies with margin and type requirements of this Court. LR 5.1 (N.D. Ga.).

This 21st day of March, 2018.

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
**Attorney for Defendant Synchrony Bank**

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: monica.gilroy@gilroyfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PEGGY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:18-CV-00311-CAP |
| SYNCHRONY BANK, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with LR 5.1A (N.D. Ga.), I have this date electronically filed the within and foregoing **JOINT MOTION TO STAY MATTER PENDING ARBITRATION** in the above-styled civil action with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record as follows:

>Octavio "Tav" Gomez, Esq.
>tgomez@forthepeople.com
>MORGAN & MORGAN – TAMPA, P.A.
>201 North Franklin Street, 7th Floor
>Tampa, Florida 33602
>   *Counsel for Plaintiff*

This 21st day of March, 2018.

5

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
**Attorney for Defendant Synchrony Bank**

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel:  (678) 280-1922
Fax: (678) 280-1923
Email: monica.gilroy@gilroyfirm.com