# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

PEGGY JOHNSON,

      Plaintiff,                      CASE NO.: 1:18-CV-00311-CAP

-vs-

SYNCHRONY BANK,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Peggy Johnson, and the Defendant, Synchrony Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1 (N.D. Ga.), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

[SIGNATURES FOLLOW ON NEXT PAGE]

Respectfully submitted this 23rd day of May, 2018.

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Monica K. Gilroy** |
| Octavio "Tav" Gomez | Monica K. Gilroy |
| Georgia Bar No. 0617963 | Georgia Bar No. 427520 |
| Morgan & Morgan | Matthew F. Totten |
| One Tampa City Center | Georgia Bar No. 798589 |
| 201 N. Franklin Street, 7th Floor | The Gilroy Firm |
| Tampa, Florida 33602 | 3780 Mansell Road, Suite 140 |
| Telephone: (813) 223-5505 | Alpharetta, Georgia 30022 |
| tgomez@forthepeople.com | Telephone: (678) 280-1922 |
| ldobbins@forthepeople.com | monica.gilroy@gilroyfirm.com |
| *Counsel for Plaintiff* | matthew.totten@gilroyfirm.com |
| *Peggy Johnson* | *Counsel for Defendant* |
| | *Synchrony Bank* |